William D. Hyslop
United States Attorney
Eastern District of Washington
Brian M. Donovan
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>$5,000.00 U.S. CURRENCY,<br><br>　　　　　Defendant. | VERIFIED COMPLAINT FOR FORFEITURE *IN REM* |

Plaintiff, United States of America, by its attorneys, William D. Hyslop, United States Attorney for the Eastern District of Washington, and Brian M. Donovan, Assistant U.S. Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

I. <u>NATURE OF THE ACTION</u>

1.　This is an action to forfeit and condemn to the use and benefit of the United States of America the above-captioned Defendant Property seized by the United States Postal Inspection Service for violations of Title II of the Controlled Substances Act, 21 U.S.C. § 801 et seq.

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*　　　　　　　　-1

## II. THE DEFENDANT(S) *IN REM*

2. The Defendant Property consists of the following Property:

$5,000 U.S. currency, seized by the United States Postal Inspection Service on or about September 10, 2019.

## III. JURISDICTION AND VENUE

3. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the Defendant Property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a). This Court has *in rem* jurisdiction over the Defendant Property under 28 U.S.C. § 1355(b).

4. Upon the filing of this complaint, Plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which Plaintiff will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

5. Venue is proper in this district pursuant to 28 U.S.C. §1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district.

## IV. BASIS FOR FORFEITURE

6. Plaintiff repeats and re-alleges each and every allegation set forth in Paragraphs 1 through 5 above.

7. The Defendant Property is liable to condemnation and forfeiture to the United States for its use, in accordance with the provisions of 21 U.S.C. § 881(a)(6),

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*                -2

because it constitutes: 1) money, negotiable instruments, securities and other things of value furnished and intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act; 2) proceeds traceable to such an exchange; and/or 3) money, negotiable instruments, and securities used and intended to be used to facilitate a violation of the Controlled Substances Act.

## V. FACTS

8. On or around September 10, 2019, United States Postal Inspection Service ("USPIS") Postal Inspectors conducted an Express Mail interdiction. This USPIS interdiction took place at the Spokane Processing and Distribution Center, located at 2928 South Spotted Road, Spokane, Washington. The interdiction targeted Express Mail parcels possibly containing narcotics or monetary proceeds derived from illegal drug trafficking activity.

9. On or about September 10, 2019, United States Postal Inspectors flagged a parcel ("Subject Parcel") they wanted to investigate further due to multiple suspicious characteristics, including that the parcel was addressed with a handwritten label, paid for with cash, no phone number was provided for the sender or recipient, and no signature was required for delivery of the parcel. Based on the training and experience of USPIS inspectors, these characteristics were suspicious because legitimate businesses using the Express Mail service typically use pre-printed labels, whereas narcotics traffickers will often hand-write the labels. Additionally, payment with cash is suspicious because the use of a credit card would more likely enable law

VERIFIED COMPLAINT FOR FORFEITURE *IN REM* -3

enforcement officers to connect the package to identifiable individuals. Also, narcotics traffickers choose not to include phone numbers so as not to enable law enforcement to trace their names or physical locations. Lastly, the fact that no signature was required upon delivery enables delivery to be tracked without affirmative acceptance by an individual who may be under investigation by law enforcement.

10. The Subject Parcel was intended for delivery to Kung Fu Vapes, located in Spokane, Washington. The return address listed on the Subject Parcel was "953 Ridge Dr CH WV 25313." Using United States Postal Service and law enforcement databases, Inspector Service personnel researched the return address listed on the Subject Parcel. Inspector Service personnel discovered that the address "953 Ridge Dr CH WV 25313" is a true and deliverable address. They also found that people who receive mail at that address include Geronimo Scott, Bertha Scott, Samuel Scott, and a female with the last name "Wade."

11. Inspector Service personnel also searched the recipient address, "4811 N. Market St Spokane, WA 99217," and learned it is a valid address, but no individuals have reported to the address. After running a business search on the recipient address, Inspector Service personnel discovered that several businesses were listed at that address with no dates showing the currentness of the information. However, open source imagery on the Internet showed a small business building with signage in the windows and doors depicting "Kung Fu Vapes." On October 3, 2019, a supervisor at the Hillyard station United States Postal Office in Spokane, Washington, confirmed

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*                                    -4

the recipient's address was a true and deliverable address. The mail carrier informed the supervisor that only mail addressed to "Kung Fu Vapes" and "John Dawson" is being delivered to the recipient's address.

12. On September 10, 2019, to further the investigation, the assistance of U.S. Customs & Border Patrol Agent Seth Sedano Jr. ("Agent Sedano") and his certified controlled substance detection canine partner, "Tessa," was requested by a Postal Inspector. Due to the suspicious characteristics of the Subject Parcel and those characteristics being associated with narcotics trafficking, Agent Sedano and canine Tessa tested whether the Subject Parcel had an odor of narcotics associated with it. In order to test this, a Postal Inspector placed the Subject Parcel and four other control parcels in an unoccupied hall, outside the view of Agent Sedano and canine Tessa. Agent Sedano then exposed canine Tessa to the Subject Parcel and the four other control parcels. During this exposure, canine Tessa experienced an ear bleed, due to a pre-existing injury, so Agent Sedano stopped the process to tend to her ear. Once canine Tessa's ear was tended to, the Postal Inspector then repeated the process of placing the Subject Parcel with four fresh control parcels to restart the process. Agent Sedano then re-introduced canine Tessa to the new parcel-line up. Agent Sedano notified the Postal Inspector that canine Tessa alerted to the third parcel, which was the Subject Parcel.

13. On October 25, 2019, USPIS provided notice of the seizure of the Subject Parcel to interested parties.

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*                                                                            -5

14. On October 28, 2019, USPIS received a claim to the Defendant Property from John Dawson on behalf of Kung Fu Vapes. *See* Ex. 1. Dawson alleged in his claim form that "[a] customer contacted [Kung Fu Vapes] via social media to place an order and sent payment for said order in cash via the USPS mail." *Id*. at 12. Claimant provided a photograph of alleged messages between the Kung Fu Vapes Instagram account and an Instagram account with the handle "piratefarmer" discussing the order. *Id*. at 14. Claimant also provided an alleged email message from "goafterburner@gmail.com" to "kungfuvapes@gmail.com" stating, "Hey I'm trying to order some empty cartridges from you mainly for their reviews they get for dependability…I'm sending you cash, because I am not comfortable with using any of my credit or debit cards, mainly because I haven't personally met you. I don't wanna get HACKED & that's my main purpose for sending cash I'm sorry if that's an inconvenience for you." *Id*. at 15. Claimant did not provide evidence that "piratefarmer" is actually associated with the email "goafterburner@gmail.com." Claimant also did not provide the name of the customer who sent the $5,000 to Kung Fu Vapes.

15. Based on the claim submitted by Dawson, it appears that Kung Fu Vapes did not complete the alleged commercial transaction and did not send the alleged vape hardware to the individuals located in West Virginia. *Id.* at 12 ("Payment was intercepted and the customer never received his goods…).

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*                -6

## VI. CONCLUSION

WHEREFORE, Plaintiff requests that the Clerk of the Court issue a warrant for the arrest of the Defendant Property; that notice of this action be given to all persons who reasonably appear to be potential claimants of interests in the Property; that the Defendant Property be forfeited and condemned to the United States of America; that Plaintiff be awarded its costs and disbursements in this action and for such other and further relief as this Court deems proper and just.

DATED this 22nd day of January 2020.

William D. Hyslop
United States Attorney

*s/ Brian M. Donovan*
Brian M. Donovan
Assistant United States Attorney

## VERIFICATION

I, Nicholas R. Underhill, hereby verify and declare under penalty of perjury that I am a United States Postal Inspector with the United States Postal Inspection Service in Seattle, Washington, that I have read the foregoing Verified Complaint *in rem* and know the contents thereof, and that the matters contained in the Verified Complaint are true to my own knowledge, except those matters herein stated to be alleged on information and belief, and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States and information supplied to me by

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*  -7

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States and information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a United States Postal Inspector.

I hereby verify and declare under penalty of perjury that the foregoing information is true and correct.

DATED this 22ND day of January 2020.

Nicholas R. Underhill, U.S. Postal Inspector
United States Postal Inspection Service

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*                                   -8

# CLAIM DETAILS

**Tracking Number:** 198D-8F7-6F2-A9C
**Filed on:** October 28, 2019
**Claimant:** Dawson, John

## Documents included:

* Standard Online Claim Form
* Initial contact from customer - Screenshot_20190910-112949_Instagram.jpg
* Email for customer - Email-Claim.pdf

Case 2:20-cv-00040   ECF No. 1-1   filed 01/22/20   PageID.9   Page 1 of 7

10/28/2019

EXHIBIT 1                                                                                                 9



# CLAIM FORM

**YOU MUST COMPLETE ALL PARTS OF THIS FORM FOR THE ASSETS YOU ARE CLAIMING.**

**Note**: There is no legal form or format required for filing a claim; this document is provided for your convenience. Please visit https://www.forfeiture.gov/FilingClaim.htm for more specific guidance on filing your claim with the appropriate seizing agency.

**Frivolous Claim Statement:** If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Privacy Act Notice:** The Department of Justice is collecting this information for the purpose of processing your claim. Providing this information is voluntary; however, the information is necessary to process your application. Information collected is covered by Privacy Act System of Records Notice Department of Justice (DOJ), DOJ-002-DOJ Computer Systems Activity & Access Records, Federal Register (71 FR 29170). This information may be disclosed to contractors when necessary to accomplish an agency function, to law enforcement when there is a violation or potential violation of law, or in accordance with other published routine uses. For a complete list of routine uses, see the system of records notice listed above.

198D-8F7-6F2-A9C                                                                                                                10/28/19

EXHIBIT 1                                                                                                                        10

## SECTION I - CONTACT INFORMATION

| CLAIMANT INFORMATION | |
|---|---|
| **Claimant/Contact Name:** (Last, First) <br> Dawson, John | |
| **Business/Institution Name:** (if applicable) <br> Kung Fu Vapes | **Prisoner ID:** (if applicable) |
| **Address:** (Include Street, City, State, and Zip Code) <br> 4811 N Market St <br> Spokane, WA 99208 | |
| **Social Security Number/Tax Identification Number:** (Enter N/A if you do not have one) | |
| **Phone:** (optional) <br> 818-568-2401 | **Email:** (optional) <br> kungfuvapes@gmail.com |

*If any of this information changes, you are responsible for notifying the agency of the new information.*

## SECTION II - ASSET LIST

*List each asset ID and asset description that you are claiming.*

| # | Asset ID | Asset Description |
|---|---|---|
| 1 | 19-USP-002559 | $5,000.00 U.S. Currency, SN: ****          seized by the USPIS on September 10, 2019 in Spokane, WA. |

198D-8F7-6F2-A9C                                                                                    10/28/19

EXHIBIT 1                                                                                                  11

## SECTION III - INTEREST IN PROPERTY

*Identify your interest in each of the assets you are claiming. If you are filing for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the claim. If you have documentation that supports your interest in the claimed assets (e.g., bill of sale, retail installment agreements, contracts, titles or mortgages), please include copies of the documents with the submission of the claim.*

| INTEREST IN PROPERTY INFORMATION ||
|---|---|
| **Asset ID** | **Asset Description** |
| 19-USP-002559 | $5,000.00 U.S. Currency, SN: ****            seized by the USPIS on September 10, 2019 in Spokane, WA. |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in this asset:**

We sell hardware via many platforms including our website, email, and multiple social media platforms. A customer contacted us via social media to place an order and sent payment for said order in cash via the USPS mail. Payment was intercepted and the customer never received his goods or a refund. We believe the funds were seized without any reason during commerce.

**In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.**

* Initial contact from customer - Screenshot_20190910-112949_Instagram.jpg
* Email for customer - Email-Claim.pdf

198D-8F7-6F2-A9C                                                                                                       10/28/19

EXHIBIT 1                                                                                                                    12

## SECTION IV - RECOVERY OF LOSS

No Recovery of Loss exists.

## SECTION V - DECLARATION

*The following declaration must be completed by the claimant.*

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

| | |
|---|---|
| | Electronically Signed |
| | **Signature** |
| | Dawson, John |
| | **Printed Name** |
| | 10/28/19 |
| | **Date** |

If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

11:29      

←    **piratefarmer**     🎥   ⚐   ⓘ
Active 53m ago

> Kung FU VAPES
> 4811 n.market st.
> Spokane,WA 99217

 

> Do you want signature(?)
>
> No signature (?)

> No

 🗝️😎

> Need to email us

> For invoice

> Won't need one
>
> Just need the units
>
> Do you ever add White Label Logo for me(?)

> Can*

> PIRATE CANDLESTIX

📷 Message...    🎙 🖼 ➕

|||    ○    ◁

EXHIBIT 1     14

6 of 7

Gmail                                                                                    KUNG FU VAPES <kungfuvapes@gmail.com>

## (no subject)

**go afterburner** <goafterburner@gmail.com>                                              Tue, Sep 10, 2019 at 12:10 PM
To: "kungfuvapes@gmail.com" <kungfuvapes@gmail.com>

Hey I'm trying to order some empty cartridges from you mainly for their reviews they get for dependability.

1000 units quasar/empty
$5000 included with USPS

TRACKING # EJ054227918US

I'm sending cash, because I am not comfortable with using any of my credit cards or debit cards, mainly because I haven't personally met you. I don't wanna get HACKED & that's my main purpose for sending cash I'm sorry if that's an inconvenience for you.

EXHIBIT 1                                                                                                              15

JS 44  (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**DEFENDANTS**
$5,000.00 U.S. CURRENCY,

(b) County of Residence of First Listed Plaintiff  _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  SPOKANE
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Brian M. Donovan, AUSA, United States Attorney's Office, P.O. Box 1494, Spokane, WA 99210-1494 (509)353-2767

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question *(U.S. Government Not a Party)*
[ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | [X] 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane — ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability — ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability — ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle — **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability — ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury — ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice — ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | — ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** — **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights — **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting — ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment — ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations — ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment — ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other — **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education — ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |
| | — ☐ 555 Prison Condition | | | |
| | — ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
21 U.S.C. § 881

Brief description of cause:
Civil forfeiture of drug proceeds

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE: 1/22/2020

SIGNATURE OF ATTORNEY OF RECORD: *[signature]*   Brian M. Donovan, Assistant U.S. Attorney

**FOR OFFICE USE ONLY**

RECEIPT #  _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____